**Opinion issued February 7, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00689-CV

————————————

**MARKET-TIERS, INC. D/B/A BLUE ENDO, Appellant**

**V.**

**TROKAMED GMBH, Appellee**

**On Appeal from the 243rd District Court**
**Harris County, Texas**
**Trial Court Case No. 2016-60164**

## MEMORANDUM OPINION

Appellants, Market-Tiers, Inc. d/b/a Blue Endo, Krista Macumber, and Justin Macumber, have filed a "Motion to Dismiss Appeal." No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal. *See id.* 42.1(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Kelly, and Hightower.